No. 10–5602. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5603. WHEELER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–5604. REESE v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 10–5605. RAMSEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5606. CASTILLO SANCHEZ v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 10–5607. POWELL v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–5608. ODUM v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 10–5609. MILES v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–5611. MCBRIDE v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 10–5612. MITCHELL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–5613. ANDERSON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 10–5614. KELLY v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–5615. DOWDY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5616. WELLS v. WASHINGTON. Ct. App. Wash. Certiorari denied.